```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
<div style="float:right">
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/3/2019_
</div>

DE LAGE LANDEN FINANCIAL SERVICES, INC.,

            Plaintiff,

-against-

UNIVERSAL WILDE, INC.,

            Defendant.

19 Civ. 1371 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 13, 2019, Plaintiff filed this action alleging breach of contract. ECF No. 1. On June 20, 2019, the Court held a show cause hearing and granted Plaintiff's motion for default judgment. ECF No. 31. The Court referred the case to the Honorable Stewart D. Aaron for an inquest on damages. ECF No. 32.

    After careful consideration, on August 15, 2019, Judge Aaron issued a Report and Recommendation ("R&R") recommending that damages be entered as set forth in his order. ECF No. 40 at 9–10. Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error. The Court, therefore, ADOPTS Judge Aaron's R&R in its entirety.

    The Clerk of Court is directed to enter judgment against Defendant, on all causes of action, with damages awarded to Plaintiff as follows:

- Count 1: Damages under Agreement 25355582 in the amount of $9,097.28, plus prejudgment interest at the rate of 18% per annum from September 13, 2018 to the date that judgment is entered;

- Count 1: Damages under the Addendum to Agreement 25355582 in the amount of $3,461.01, plus prejudgment interest at the rate of 18% per annum from September 13, 2018 to the date that judgment is entered;

- Count 2: Damages under Agreement 25402066 in the amount of $43,761.93, plus prejudgment interest at the rate of 18% per annum from February 2, 2019 to the date that judgment is entered; and

- Count 3: Damages under Agreement 25416589 in the amount of $212,760.18, plus prejudgment interest at the rate of 18% per annum from August 30, 2018 to the date that judgment is entered.

The Clerk of Court is further directed to terminate the case.

SO ORDERED.

Dated: September 3, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge